# CLYDE BENNETT, II
Attorney at Law

www.clydebennettthelaw.com

119 East Court Street • Cincinnati, Ohio 45202-1203

"The best way to find yourself
is to lose yourself in the
service of others"

Direct: 513-233-5555
Office: 513-632-9503
E-mail: clyde@clydebennettthelaw.com
Facsimile: 513-721-5824

November 15, 2020

Office of the Clerk
United States District Court
712 Federal building
200 West Second Street, Dayton Ohio 45402

    Re:    Case No. 3:20-CV-418-TMR
               Property: $124,220.00 United States Currency
               Seizure Date: May ,5 , 2020
               Owner Name: Tedra Tucker
               Seized From: Tedra Tucker , Miami Township Ohio

To Whom It May Concern:

    This letter and verified claim form ( affidavit) constitutes a claim pursuant to Rule G(5) of the Supplemental Rules.

Very truly yours,

Clyde Bennett, II

CB/bnw
Encl.

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: TEDRA TUCKER

Address: 950 ALGER ST.
Detroit Michigan
48211

Case Number: 2020-4102-000391-01

Telephone No: (513) 233-5555

**IMPORTANT: BE SURE TO COMPLETE ALL PARTS BELOW. THIS CLAIM FORM MUST BE SIGNED BY THE CLAIMANT HIS OR HER SELF, NOT BY THE ATTORNEY OR OTHER REPRESENTATIVE ACTING ON BEHALF OF THE CLAIMANT.**

As authorized by 18 U.S.C. § 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

### PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

124,220.00 in U.S. Currency

### PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

I am the Rightful and sole Owner of said currency

### PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Tedra Tucker          7/8/2020
Name (Print)          Date

Declia Duke
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

(A-1 I 84b, Revised November 2014)

## ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at U.S. CBP FPF OFFICE, 6747 ENGLE ROAD, MIDDLEBURG HEIGHTS, OH 441307939.

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 2020-4102-000391-01.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I ABANDON ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

*Tedra Tucker*
Name (Print)

Date 7/8/2020

*Tedra Tucker*
Signature