**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CASE NO: 3:20-CV-418** |
| **PLAINTIFF,** | : | |
| | : | **JUDGE:** |
| | : | |
| | : | |
| **$124,220.00 IN** | : | |
| **UNITED STATES** | : | |
| **CURRENCY),** | : | |

**DEFENDANT,**                                  **ANSWER OF TEDRA TUCKER**


Respondent/Claimant, Tedra Tucker, by her undersigned counsel, responds to the verified

Complaint in accordance with Supplemental Rule G(2) and the Federal Rules of Civil Procedure

as follows:

1.      Respondent/Claimant denies each and every allegation contained in paragraphs 7,

8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20 , 21, 22, 22, 23 24, 25, 26, 28, 29, 30, 31, 32, 33, 35,

36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 56, and 58 of the verified Complaint.

2.      The Respondent/Claimant admits the allegations contained in paragraphs 1, 2, 4,

5, 6, 19, 27, 34, 52, 53, 55 and 57 of the verified Complaint.

3.      The Respondent/Claimant is without knowledge sufficient to form a belief as to

the truth as to the allegations contained in paragraphs 3, 39 and 54 of the verified Complaint.

Therefore the allegations are denied.

WHEREFORE, Respondent/Claimant respectfully requests that this court find that there is no probable cause to believe that the United States currency at issue has been forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6);

That the court not issue a warrant of arrest in rem directing the United States to arrest and seize the currency and to retain the same in its custody.

That this court not forfeit the United States currency to the United States.

That this court not order the United States to dispose of the United States currency.

That this court not award the United States any relief regarding the United States currency.

That the Defendant United States currency be returned to its rightful and sole owner, Tedra Trucker.

Respectfully Submitted,


/s/: Clyde Bennett II_____
Clyde Bennett, II (Supreme Court No. 0059910)
119 E. Court Street
Cincinnati, OH 45202
Direct Phone: (513) 233-5555
Office Phone: (513) 632-9503
Fax: (513) 721-5824
Email: clyde@clydebennettthelaw.com
Website: www.clydebennettthelaw.com
Attorney for Defendant
Tedra Tucker


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney by electronically filing the foregoing with Clerk of Court by using the CM/ECF system which will send notification of such filing to the above.

/s/: Clyde Bennett II_____