IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| __United States of America,__ | : | |
| Plaintiff(s), | : | Case No.  3:20-cv-418 |
| | : | District Judge __Newman__ |
| | | Magistrate Judge __Ovington__ |
| vs. | : | |
| | : | RULE 26(f) REPORT OF PARTIES |
| __$124,220.00 in United States Currency,__ | : | |
| Defendant(s). | : | |

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on __January 20, 2021__, and was attended by:

__Deborah D. Grimes__, counsel for plaintiff __United States of America__

__Clyde Bennett, II__, counsel for claimant __Tedra Tucker__.

2. The parties:

____ have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

____ will exchange such disclosures by _____.

__X__ are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(B).

3. The parties:

__X__ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

____ do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

____ unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), <u>for trial purposes only</u>, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings:

   __March 19, 2021_____

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: __February 26, 2021_____

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

   _In general, discovery will be sought concerning the claims alleged in the_

   _complaint and the claimant's defenses thereto.  Plaintiff will seek discovery on_

~~the source of the defendant, claimant's finances, forfeitability of the defendant~~

~~as drug proceeds, and the events relating to the seizure of the defendant.~~

b.  What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitation of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

  None.

c.  Additional recommended limitations on discovery:

  None.

d.  Recommended date for disclosure of lay witnesses.

  May 27, 2021

e.  Describe the areas in which expert testimony is expected and indicate whether each expert has been or will be specifically retained within the meaning of Fed. R.

Civ. P. 26(a)(2).

Plaintiff anticipates that it may retain an expert in the area of narcotics-detection canines within the meaning of Fed. R. Civ. P. 26(a)(2).

f. Recommended date for making primary expert designations:

October 27, 2021

g. Recommended date for making rebuttal expert designations:

November 29, 2021

h. The parties have electronically stored information in the following formats:

PDFs

The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

None at this time.

      i.  The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

Plaintiff may assert the law enforcement privilege which will require redactions and a privilege log.

_____

      Have the parties agreed on a procedure to assert such claims **AFTER** production?

          __X__ No

          _____ Yes

          _____ Yes, and the parties ask that the Court include their agreement in an order.

      j.  Recommended discovery cut-off date: __September 27, 2021__

6.     Recommended dispositive motion date: __October 27, 2021__

7.     Recommended date for status conference (if any): __September 28, 2021__

8.     Suggestions as to type and timing of efforts at Alternative Dispute Resolution:

The parties recommend mediation before a magistrate judge in January 2022.

_____

_____

9.     Recommended date for a final pretrial conference: __April 13, 2022__

10. Has a settlement demand been made? __No__  A response? __No__

    Date by which a settlement demand can be made: __December 8, 2021__

    Date by which a response can be made: __December 15, 2021__

11. Other matters pertinent to scheduling or management of this litigation:

    __None.__

    _____

    _____

    _____

Signatures:

Attorney for Plaintiff:                          Attorney for Claimant:

*/s/ Deborah D. Grimes*                          */s/ Clyde Bennett, II*
Ohio Bar # 0078698                               Ohio Bar # 0059910
Trial Attorney for United States of America      Trial Attorney for Tedra Tucker