# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cv-418 |
| Plaintiff, | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| ONE HUNDRED TWENTY-FOUR THOUSAND, TWO HUNDRED TWENTY AND 00/100 DOLLARS ($124,220.00) IN UNITED STATES CURRENCY, | : | |
| Defendant. | | |

# ORDER

This matter is before the Court on the parties' Joint Motion to Extend Pretrial Deadlines. For good cause shown, the Joint Motion to Extend Pretrial Deadlines (Doc. No. 14) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | April 18, 2022 at 3:00 pm |
| Discovery Deadline | April 25, 2022 |
| Dispositive Motion Deadline | May 23, 2022 |
| Final Pretrial Conference | October 11, 2022 at 3:00 pm |
| Bench Trial | October 24, 2022 at 9:00 am |

**IT IS SO ORDERED.**

February 2, 2022

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge