# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cv-00418 |
| Plaintiff, | Magistrate Judge Caroline H. Gentry |
| vs. | |
| ONE HUNDRED TWENTY-FOUR THOUSAND, TWO HUNDRED TWENTY AND 00/100 ($124,220.00) IN UNITED STATES CURRENCY, | |
| Defendant. | |

# ORDER

This case came before the Court for a Telephone Status Conference on June 7, 2022. Counsel orally requested to extend the discovery and dispositive motion deadlines. For good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | August 2, 2022, at 2:00 p.m. |
| Discovery Deadline | August 23, 2022 |
| Dispositive Motion Deadline | September 20, 2022 |

Additionally, the Final Pretrial Conference set for January 23, 2023, and the Bench Trial set for February 6, 2023, are hereby **VACATED**.

    **IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge