**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cv-00418 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ONE HUNDRED TWENTY-FOUR | : | |
| THOUSAND, TWO HUNDRED | : | |
| TWENTY AND 00/100 DOLLARS | : | |
| ($124,220.00) IN UNITED STATES | : | |
| CURRENCY, | : | |
| | : | |
| Defendant. | : | |

**AMENDED PRETRIAL ORDER**

This case came before the Court for a Discovery Conference on September 14, 2022.

Counsel orally requested to extend the discovery and dispositive motion deadlines. For

good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery Deadline | February 23, 2023 |
| Dispositive Motion Deadline | March 23, 2023 |
| Final Pretrial Conference | August 14, 2023, at 10:00 a.m. |
| Bench Trial | August 28, 2023, at 9:00 a.m. |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge